# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06CR00248-01 DW |
| ) | |
| JASON M. ROGERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court hereby GRANTS IN PART Defendant's Motion for Independent Psychiatric Examination (Doc. 31). The Court authorizes Defendant to have a second psychiatric examination completed, however, as Defendant also requests the Court to provide him funds for the requested examination, final authorization of Defendant's request is conditioned on the Court approving the costs associated with the examination. Accordingly, counsel for the Defendant, after having identified a psychiatrist or psychologist to perform the examination, shall move the Court for final approval of the physician and proposed costs for the examination.

The Court hereby GRANTS Defendant's Motion for Continuance (Doc. 37). The continuance of the trial date until the second psychiatric examination is completed shall be excluded under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161.

Date:   November 15, 2007                        /s/ Dean Whipple
                                                                    Dean Whipple
                                                        United States District Judge