IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:06CR248(1) DW | |
| JASON M. ROGERS | | DEFENDANT |

### AMENDMENT TO JUDGMENT IN A CRIMINAL CASE

The Judgment in a Criminal Case entered on the docket in this case as document number 53 on April 17, 2009, contains a clerical error.

Accordingly, the first sentence of the Special Conditions of Supervision on page 4 shall read as follows:

> The defendant is to have no contact written or in person with any victims of this offense, including judges, their staff or families.

It is so ordered this     23rd     day of    April          , 2009.

/s/ Dean Whipple
_____
Dean Whipple, United States District Judge